United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>RAFAEL GARCIA, et al.,<br><br>    Defendants. | Case No. 20-cv-03469-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>**RELATED TO** |
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MORGAN HILL,<br><br>    Defendant. | Case No. 21-cv-08962-EMC |

Parties were given due notice of case management conference held on October 18, 2022. Counsel for Plaintiff failed to appear despite attempts by opposing counsel and the Court to contact him. The Court hereby orders Plaintiff to Show Cause as to why the case should not be dismissed for failure to prosecute. The Court further orders Plaintiff to Show Cause as to why Plaintiff's counsel should not be sanctioned for failure to appear. Plaintiff shall respond by October 28, 2022.

///

///

///

///

Plaintiff is further ordered to submit settlement demands to all Defendants by October 27, 2022.

**IT IS SO ORDERED**.

Dated: October 19, 2022

_____
EDWARD M. CHEN
United States District Judge